# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Gabriela Chaires

              Plaintiff,

v.                                         Case No.: 1:18–cv–05060
                                               Honorable Thomas M. Durkin

Allied Interstate, LLC

              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 16, 2018:

      MINUTE entry before the Honorable Thomas M. Durkin:Defendant's motion to dismiss [10] is denied for the reasons stated by Judge Feinerman in Wood v. Allied Interstate, LLC, 2018 WL 2967061 (N.D. Ill. June 13, 2018), and the reasons this Court permitted an amended complaint in Duarte v. General Revenue Corp., 2017 WL 5478300 (N.D. Ill. Nov. 15, 2017). The status hearing set for 10/24/2018 at 9:00 AM stands.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.